UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
    Plaintiff,

v.

PATHWAYS PERSONNEL AGENCY, INC., et al.,
    Defendants.

No. C 12-4876 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    May 22, 2013
Mediator:    Samuel Barnum

    IT IS HEREBY ORDERED that the request for plaintiff Travelers Property Casualty Company of America's corporate representative to be excused from personally attending the May 22, 2013, mediation session before Samuel Barnum is GRANTED. The representative shall participate telephonically throughout the entirety of the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

May 15, 2013
Dated

By: _____
Elizabeth D. Laporte
United States Chief Magistrate Judge