UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>PATHWAYS PERSONNEL AGENCY, INC., et al.,<br>　　　　Defendants. | No. C 12-4876 MEJ<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　May 22, 2013<br>Mediator:　Samuel Barnum |

　　　IT IS HEREBY ORDERED that the request for plaintiff Travelers Property Casualty Company of America's corporate representative to be excused from personally attending the May 22, 2013, mediation session before Samuel Barnum is GRANTED.  The representative shall participate telephonically throughout the entirety of the mediation in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

May 15, 2013　　　　　　　　　　By:　　　　_Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge