UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY,<br><br>              Plaintiff,<br>  v.<br>PATHWAYS PERSONNEL AGENCY, *et al.*,<br><br>              Defendants.<br>_____/ | No. C 12-04876 MEJ<br><br>ORDER FOR PARTIES TO FILE JOINT STATUS REPORT |

      Pursuant to the Court's Case Management Order, the deadline for dispositive motions was October 3, 2013. Dkt. No. 36. Because the parties did not move for summary judgment, the Court HEREBY ORDERS the parties to file a joint status report by November 12, 2013.

      **IT IS SO ORDERED.**

Dated: November 4, 2013

                                                                  _____<br>
                                                                   Maria-Elena James<br>
                                                                   United States Magistrate Judge