UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, | No. C 12-04876 MEJ |
| Plaintiff, | ORDER FOR PARTIES TO FILE JOINT STATUS REPORT |
| v. | |
| PATHWAYS PERSONNEL AGENCY, *et al*., | |
| Defendants. | |
| _____/ | |

Pursuant to the Court's Case Management Order, the deadline for dispositive motions was October 3, 2013.  Dkt. No. 36.  Because the parties did not move for summary judgment, the Court HEREBY ORDERS the parties to file a joint status report by November 12, 2013.

**IT IS SO ORDERED.**

Dated: November 4, 2013

_____
Maria-Elena James
United States Magistrate Judge