Daniel T. Schmaeling, Esq. (SBN 143691)
**LAW OFFICES OF JOHN A. BIARD**
11070 White Rock Road, Suite 200
Rancho Cordova, CA  95670
Tel:  (916) 638-6610
Fax:  (855) 631-5920

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

UNITED STATES OF THE DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATHWAYS PERSONNEL AGENCY, INC., DONNA WAINWRIGHT, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  C12-04876 SI<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

WHEREAS, the parties have agreed to and stipulated that the above-referenced matter be dismissed in its entirety with prejudice.

Therefore, IT IS HEREBY ORDERED that the above-referenced matter be dismissed, with prejudice, per FRCP Rule 4(a)(1)(A)(ii).

DATED:  ___November 7___, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge Maria-Elena James

1
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL