1  Daniel T. Schmaeling, Esq. (SBN 143691)
2  **LAW OFFICES OF JOHN A. BIARD**
   11070 White Rock Road, Suite 200
3  Rancho Cordova, CA  95670
   Tel:  (916) 638-6610
4  Fax:  (855) 631-5920
5
6  Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY
   COMPANY OF AMERICA
7
8             UNITED STATES OF THE DISTRICT COURT
9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | TRAVELERS PROPERTY | CASE NO.:  C12-04876 SI |
| 12 | CASUALTY COMPANY OF AMERICA, | |
| 13 | | **[PROPOSED] ORDER RE STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | | |
| 17 | PATHWAYS PERSONNEL AGENCY, INC., DONNA WAINWRIGHT, and DOES 1 through 100, inclusive, | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

(**[PROPOSED]** is struck through)

22      WHEREAS, the parties have agreed to and stipulated that the above-referenced
23  matter be dismissed in its entirety with prejudice.
24      Therefore, IT IS HEREBY ORDERED that the above-referenced matter be
25  dismissed, with prejudice, per FRCP Rule 4(a)(1)(A)(ii).
26
27  DATED: ___November 7___, 2013   _____
                                    UNITED STATES DISTRICT COURT JUDGE
28

[APPROVED stamp – Judge Maria-Elena James]

1
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL